1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   POMPEYO SANCHEZ-CORTEZ,        )   NO. CV 15-6348 PA (FFM)
                                    )
12               Petitioner,        )   ORDER ACCEPTING FINDINGS,
                                    )   CONCLUSIONS AND
13         v.                       )   RECOMMENDATIONS OF
                                    )   UNITED STATES MAGISTRATE JUDGE
14   RANDY TEWS, Warden,            )
                                    )
15               Respondent.        )
                                    )
     _____)

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, and the Report and Recommendation of the United States Magistrate

19   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

20   with and accepts the findings, conclusions and recommendations of the Magistrate

21   Judge.

22         IT THEREFORE IS ORDERED that Judgment be entered dismissing this action

23   with prejudice.

24

25   DATED: March 17, 2017

26

27                                        _____
                                               PERCY ANDERSON
28                                          United States District Judge