UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POMPEYO SANCHEZ-CORTEZ,<br><br>              Petitioner,<br><br>       v.<br><br>RANDY TEWS, Warden,<br><br>              Respondent. | NO. CV 15-6348 PA (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 17, 2017

                                                PERCY ANDERSON
                                   United States District Judge